# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2295
_____

SURAMA ALLENDE PARAJON,
Pers. Rep., of the Estate of
Ramon Aguiar,

     Petitioner,

v.

AMERICAN AIRLINES/SEDGWICK
CMS,

     Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

Date of Accident:  September 13, 2023.

January 7, 2025

PER CURIAM.

     DISMISSED.

ROBERTS, ROWE, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Toni L. Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Petitioner.

Michael A. Hernandez of Jones, Hurley & Hand, P.A., Miami, for Respondents.